DF

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

STANISLAV ALENKIN, on behalf of himself and all others similarly situated,

                 Plaintiffs,

-against-

SUNRISE CREDIT SERVICES, INC.

                 Defendant.

Case No. 1:18-cv-03298-ARR-SJB

**NOTICE OF VOLUNTARY DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED** to by Plaintiff and Plaintiff's attorneys, that the above-entitled action against Defendant shall be and hereby is dismissed with prejudice, without costs, or disbursements, or attorneys' fees to any party.

Dated:    Brooklyn, New York
           August 20, 2018

Respectfully submitted,

By: /s/ Daniel Louro
Daniel Louro, Esq.
Cohen & Mizrahi LLP
300 Cadman Plaza W, 12th floor
Brooklyn, New York 11201
Phone: (929) 575-4175
Fax:    (929) 575-4195
Email: Dlouro@cml.legal
*Attorneys for Plaintiff*

So ordered.
[signature] USDJ